**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

R.D. Jones, Stop Experts, Inc., et al,

                Plaintiffs,              Case No. 2:16-cv-0832-JRG

     vs.

Electrotechnics Corporation, et al

             Defendant.

## NOTICE OF ATTORNEY APPEARANCE

The undersigned attorney hereby enters an appearance as counsel of record for Defendant Electrotechnics Corporation, d/b/a Eltec, and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of Electrotechnics Corporation, d/b/a Eltec.

Dated: August 2, 2016               Respectfully submitted,

                                      Michael C. Smith
                                      State Bar No. 18650410
                                      Siebman, Burg, Phillips & Smith, LLP
                                      113 E. Austin Street
                                      P.O. Box 1556
                                      Marshall, Texas 75671
                                      Office: (903) 938-8900
                                      (Fax): (903) 767-4620
                                      michaelsmith@siebman.com

                                      COUNSEL FOR DEFENDANT
                                      ELECTROTECHNICS CORPORATION
                                      d/b/a ELTEC

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this the 2nd day of August, 2016. Any other counsel of record will be served by facsimile transmission and/or first class mail.

Michael C. Smith